UNITED STATES DISTRICT COURT

DISTRICT OF SOUHT DAKOTA

SOUTHERN DIVISION

---

Jason Krumback (pro se)

*

Plaintiff,

24-cv-4040

*

v.

DECLARATION OF JUDGMENT

*

State of South Dakota

Kristi Noem, Governor;

*

Marty Jackley, Attorney General

Of South Dakota.

Defendants.

---

IT COMES NOW, Plaintiff, Jason Krumback (pro se) respectfully submits the fore going action, DECLARTION OF JUDGMENT under the jurisdiction 28 U.S.C. 2201 AND 28 U.S.C. 2202 also Fed. R. Civ. Proc. Rule 57.

Plaintiff brings fourth the named action to declare South Dakota Codified Laws 25-10 are in fact unconstitutionally overboard. These laws in fact deprive citizens of their constitutional protected speech, expressions, and associations namely "intimate association" provisions of the 1st amendment of the constitution.

In the MEMORANDUM OF LAW which is filed on a separate cover sheet is herewith attached and present to the Court. The outline of the cases that support when a criminal statute criminalizes protected speech it must be "narrowly tailored" to fit the legitimate purpose of said law. The MEMEORANDUM OF LAW provides facts that support these laws do not fit such purpose to pass a strict scrutiny examination as required by constitutional law.

The MEMRANDUM OF LAW supports these laws are without any disputable fact ae unconstitutional over board entirely. The Court's ability to impose the request relief sustains the necessary functions in order to fulfill that no person is held against their will in violation of constitutional law.

Respectfully submitted on this 29 day of February 2024.

____________________

Plaintiff,

Jason Krumback

1600 N. Drive

Sioux Falls SD. 57117

Jason Krumback 47082
DEPARTMENT OF CORRECTIONS
STATE PENITENTIARY
P.O. Box 5911
Sioux Falls, SD 57117-5911
*Address Service Requested*

NEOPOST FIRST-CLASS MAIL
03/04/2024
US POSTAGE $002.35⁰



ZIP 57104
041M11461503

United States District Court
Clerk of the Court
400 S. Phillips Ave, Rm 128
Siouxfalls, SD 57104

Legal

X-RAYED BY
SOUTH DAKOTA
CSO