UNITIED STATES DISRTICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

---

Jason Krumback (pro se)

_____ *

Plaintiff,

                                                24-cv-4040

                           *                   CERTIFICATE

v.                                            BY THE

                           *                   COURT

SOUTH DAKOTA

Kristi Noem, Governor of       *

South Dakota; Marty Jackley,

Attorney General of South

Dakota.

_____

Defendants.

---

    IT COMES NOW, Plaintiff, Jason Krumback, (pro se) brings fourth the above action CERTIFICATE BY TH E COURTS in relation to the filed DECLARATION OF JUDGMENT with the Court. The above action is brought under the jurisdiction of **Fed, R. Civ. Proc. Rule 5.1** provisions that the South Dakota Codified laws 25-10 over sweeps language that is fact does not fit within the legitimate purpose thus is unconstitutional overboard.

The DECLARATION OF JUDGMENT brings fourth the constitutional challenged question:

"IS SOUTH DAKOTA CODIFEID LAWS 25-10 UNCONSTITUTIOANLLY OVERBOARD"?

Respectfully submitted on this 29 day of February 2024.

Jason Krumback, (pro se)

1600 N. Drive

Siouxfalls SD. 57117.

CERTIFICATE OF SERVICE

IT COMES NOW, Plaintiff Jason Krumback (pro se) herby certifies that a true and correct copy of the foregoing action, CERTIFICATION BY THE COURT was sent to the below Defendants through the United States Postal office by 1st class mail with prepaid postage to the below indicated addresses. On this 29 day of February, 2024

South Dakota Attorney Office

C/o Marty Jackley

1302 East Highway 14 ste 1

Pierre, SD. 57501


South Dakota Governor

Kristi Noem

500 east capital Ave.

Pierre, SD. 57501

_____

Plaintiff,

Jason Krumback

1600 N. Drive

Siouxfalls SD. 57117