United States District Court
District of South Dakota
Southern Division

| | |
|---|---|
| Jason A. Krumback (pro se)<br>Plaintiff<br><br>v.<br><br>Kristi Noem, Governor of South Dakota; Marty Jackley, Attorney General of South Dakota<br>Defendants | Civ No 4:24-cv-04090-CBK<br><br>Plaintiff's Statement of undisputable material of facts |

IT COMES NOW; Plaintiff Jason A. Krumback (pro se), respectfully submits the undisputable material of facts that establish no genuine dispute under the jurisdiction of Fed R. Civ Proc. Rule 56 (c)(1)(B) provisions.

## Material facts of Law

1. South Dakota Codified laws 25-10 are Not narrowly tailored to fit the legitimate purpose of the law.

2. South Dakota Codified laws 25-10 do <u>NOT</u> pass the "strict scrutiny" examination.

3. South Dakota Codified laws 25-10 currently allow abuse application.

4. The compelling state interest is genuine, but "hypothesized" and "invented" as "unpredictable"

5. These laws are in default of constitutional law.

6. These laws are unconstitutionally overbroad.

These material of facts of law do <u>not</u> establish any presence of any genuine dispute as said material of facts of law found in the filed Declaration of Judgment.

Respectfully submitted on this <u>30</u> day of April 2024

Jason Krumback
1600 N. Drive
Sioux Falls SD 57117

## Certificate of Service

IT COMES NOW; Plaintiff, Jason Krumback (prose) certifies that a true and correct copy of the foregoing document, "Plaintiff's Statement of Undisputable material of Facts" was mailed by 1st class mail of the United postal Services with prepaid postage, to the named partys, Kristi Noem, and Marty Jackley [Defendants] to the below indicated Addresses on this 30 day of April 2024

South Dakota Govenor
Kristi Noem
500 East Capital Ave
Pierre, SD 57501

South Dakota Attorney General
℅ Marty Jackley, Atty Gen
1302 East Highway 14 Ste 1
Pierre SD 57501

Plaintiff

Jason Krumback
1600 N. Drive
Siouxfalls SD 57117