UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JASON KRUMBACK,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTI NOEM, Governor of South Dakota, and MARTY JACKLEY, Attorney General of South Dakota,<br><br>Defendants. | 4:24-CV-04040-CBK<br><br>MEMORANDUM OPINION AND ORDER |

Plaintiff sent a motion for preliminary injunction through the mail on July 19, 2024. It was filed by the Clerk of Court on July 23, 2024, after this Court's order denying plaintiff's motion for summary judgment and dismissing plaintiff's case was filed earlier on July 22, 2024. No good cause showing, the motion is denied.

Therefore, IT IS HEREBY ORDERED:

1. Plaintiff's motion for preliminary injunction, Doc. 18, is denied.

DATED this 23rd day of July, 2024.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge